# CHARGES AND PENALTIES

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 17, 2022

SEAN F. MCAVOY, CLERK

**CASE NAME:** KARLA LETICIA PADILLA-REYNA          **CASE NO.** 1:22-CR-2059-MKD-1

TOTAL # OF COUNTS: 7      ☑ FELONY      ☐ MISDEMEANOR      ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|-------|---------|------------------------|---------|
| 1-4 | 18 U.S.C. § 1343 | Wire Fraud | Not more than 20 years imprisonment; and/or $250,000 fine; not more than 3 years of supervised release; a $100 special penalty assessment |
| 5-7 | 18 U.S.C. § 287 | False, Fictitious, or Fraudulent Claims | Not more than 5 years imprisonment; and/or $250,000 fine; not more than 3 years of supervised release; a $100 special penalty assessment |
| | 18 U.S.C. § 981<br>28 U.S.C. § 2461 | Forfeiture Allegations | |
| | | | |
| | | | |
| | | | |
| | | | |