## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-CR-2059-MKD-1 |
| Plaintiff, | CRIMINAL MINUTES |
| vs. | DATE: 7/21/2022 |
| KARLA LETICIA PADILLA-REYNA, | LOCATION: Video Conference |
| Defendant. | CHANGE OF PLEA |

### JUDGE MARY K DIMKE

| Linda Hansen | LC 03 | | Liberty S-755 |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Frieda Zimmerman | | Robin C Emmans | |
| **Government Counsel** | | **Defense Counsel** | |

[ X ] Open Court                                            [  ] Probation:

Defendant is present and out of custody. Defendant agrees to conduct the hearing by video conference.

An original, signed Plea Agreement was provided to the Court.

Oath administered to defendant for change of plea. Defendant confirmed her true and correct name.

The Court advised the defendant of rights given up by entering a guilty plea including the right to a jury trial. The Court confirmed defendant's understanding of the elements and facts depicted in the Plea Agreement, which would need to be proven to obtain a conviction. The Court advised the defendant of potential immigration consequences and that she will be giving up certain rights to appeal.

Defendant pleaded guilty to Count 4 of the Indictment and the Court accepted her plea. The Court finds the defendant fully competent and aware of the charges against her; and that she knowingly and voluntarily entered into the Plea Agreement.

The Court ordered a pre-sentence report and set sentencing for **12/20/2022 at 11:00 a.m. in Yakima.**

The defendant shall continue on the previously imposed conditions of release.

| CONVENED: 10:07 AM | ADJOURNED: 10:26 AM | TIME: 19 MINS | [ X ] ORDER FORTHCOMING |
|---|---|---|---|