Robin C. Emmans
2nd Street Law PLLC
217 N. 2nd Street
Yakima, WA 98901
(509) 575-0372 office
(509) 452-6771 fax
Of Attorneys for Defendant
Karla Padilla-Reyna

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>               Plaintiff, <br> vs. <br> KARLA L. PADILLA-REYNA, <br>               Defendant. | Case No. 22-cr-2059-MKD-1 <br><br> SENTENCING MEMORANDUM |

COMES NOW the defendant, Karla L. Padilla-Reyna, through her attorneys, Robin C. Emmans and Ulvar W. Klein, of 2nd Street Law PLLC, and submits her sentencing memorandum. There are no objections to the PSIR. There are, however, some corrections to the financial statistics. Ms. Padilla-Reyna has gone back through her records to re-check accounts and account balances, as well as reviewed her forms W-2. Those corrections and supporting documentation will be submitted in an

- 1 -

addendum. The restitution is stipulated to be $302,145.40. Ms. Padilla-Reyna has been able to deposit in trust with counsel the amount of $300,000[1]. Additionally, the government has provided notice of and negotiated a civil forfeiture of real estate tied to PPP loan funds. The parties intend to submit an addendum to the plea agreement which will set out a plan for liquidating that real estate and forfeiting the proceeds, which will lead to a request by both parties that the civil forfeiture amount be credited toward restitution in the criminal case.

      The defense requests a sentence of probation for 36 months with full restitution to be paid in light of Ms. Padilla-Reyna's unique history and characteristics, the nature of the crime, and the unusual circumstances under which this fraud was perpetrated. Incarceration is unnecessary as a deterrent to her or to others as this unique Covid situation has essentially passed and hopefully will never recur. Publicity of this prosecution and others like it, in which-business owners fraudulently overreached, has already efficiently sent the necessary messages. Regular news releases from the US Attorney's office have sufficiently broadcast the consequences of taking more than was justified from the suddenly spewing federal tap. This includes releases related to Ms. Padilla-Reyna. Because these were business owners, the publication of the indictment, plea and eventual sentencing have been the

---

[1] The funds in trust are held by counsel solely for reimbursement to the government for losses incurred through the defendant's fraudulent practices in falsely acquiring pandemic loans.

2nd Street LAW PLLC
217 N. 2nd Street
Yakima, WA 98901
(509) 575-0372
fax (509) 452-6771

fundamental deterrent. Ms. Padilla-Reyna fully expects that she will struggle with employment as a result of her decisions. Not only will she likely lose her job, but she will lose any ability to work in the field to which she devoted her adult life. To better her chances she is currently in a Ph.D. program. Yet, the degree will not be especially valuable, nor will her prior master's degree. Even her extensive job experience is no guarantee of landing on her feet. In middle age, she will be hoping for some new career that, as yet, she cannot imagine. Her expected income earning capacity will probably be more than halved because Karla's self-control abandoned her when spigots of federal dollars were suddenly gushing free cash. In a time of need she was weak. The consequences will be ongoing.

Considering the serious consequences this court routinely deals with on a daily basis, these career consequences for Karla may seem trivial. It is anything but trivial to Ms. Padilla-Reyna. This is not because she is self-centered or that she lacks perspective, but because of where she came from and how hard she fought to get here. As the PSIR indicates, she was subjected to severe, horrifying trauma as a young child, which occurred in the context of a separation from both of her parents due to the family's split citizenship. In grade school, she was able to rejoin her family and has become a naturalized citizen. That achievement and her many career successes are what has driven her as she has struggled to deal with what happened to her as a child.

2nd Street LAW PLLC
217 N. 2nd Street
Yakima, WA 98901
(509) 575-0372
fax (509) 452-6771

Karla has held herself to an extremely high standard of achievement and she very much wants others to recognize her success. This has been the motivation behind her many career achievements. It has also been the trigger for her criminal behavior here as well. In the midst of the COVID pandemic crisis, she found herself losing her grip on everything she had achieved. She was laid off (though she found other work), and she was deeply in debt due to a fundamental and embarrassing misunderstanding of tax law. Her perception of herself and her worth were crashing as a result. She feared that her family would no longer respect her, and that she would no longer be able to support them in the way she felt that she needed to. This intense personal strain was magnified by her mental health concerns. Karla has been consistent about, and aware of, her need for medication and a need for ongoing attention to her own mental health. Unfortunately, she can't just simply make it all okay. Times of strain exacerbate the paralyzing effect of her illness. It was in this context that the PPP program came along and she made a series of seriously flawed decisions while embroiled in negative thinking and a sense of helplessness. Thankfully, she has worked her way out of that mindset and had moved on to a better work environment since this Indictment came along. She was cooperative with law enforcement and has taken responsibility for her malignant choices during that dark period of temptation. She is able to pay back the restitution immediately. The parties are in agreement that the best approach to restitution is to pay a large amount

2nd Street LAW PLLC
217 N. 2nd Street
Yakima, WA 98901
(509) 575-0372
fax (509) 452-6771

immediately and defense counsel will hold the remainder while the civil forfeiture proceeding is completed, to ensure that full restitution is payed. This plan will be outlined further in the addendum to the plea agreement to be filed shortly.

The guideline range for this offense is 21-27 months in prison to be followed by a term of up to 3 years of community custody.

Statutorily the defendant is eligible for not less than 1 or more than 5 years probation because the offense is a Class C Felony. 18 U.S.C. § 3561(c)(1). One of the following must be imposed as a condition of probation unless extraordinary circumstances exist: a fine, restitution, or community service[2]. In this case the repayment of restitution is largely resolved, but will need further monitoring.

The fine range for this offense is $10,000 to $95,000. USSG §5E1.2(c)(3). If any fine is imposed the defendant would hope the court recognizes the financial distress she is currently under.

A sentence of 36 months of probation would also be proportionate to other fraud cases. A review of the US Attorney's office press releases reveals that, in the one PPP loan case already sentenced, the owners of a company owing over $2 million were able to enter a deferred prosecution. Several other defendants within the Eastern District of Washington have received sentences of probation.

---

[2] Since the applicable **guideline range** is in Zone D of the Sentencing Table, the defendant is ineligible for probation. USSG §5B1.1, comment. (n.2). **(Bold added). The defendant is not seeking a guideline sentence.**

2nd Street LAW PLLC
217 N. 2nd Street
Yakima, WA 98901
(509) 575-0372
fax (509) 452-6771

# CONCLUSION

For the foregoing reasons, the defense urges that a sentence of probation is appropriate under 18 USC 3553. It is proportionate, deterrence in these cases already has powerful momentum built through publicity, and it is suited to the unique history and characteristics of Ms. Padilla. Restitution is agreed, and Ms. Padilla has participated in forfeiture negotiations to obviate the need for separate civil litigation. She has taken full responsibility for her actions and pooled all of her financial resources including her retirement savings to make up front restitution possible.

DATED: May 8, 2023

 /Robin C. Emmans  
Robin C. Emmans, WSBA 37085  
2nd Street Law PLLC  
217 N. 2nd Street  
Yakima, WA. 98901  
(509) 575-0372 office  
(509) 452-6771 fax  
Attorney for Karla L. Padilla-Reyna  
robin.emmans@secondstreetlaw.com

 /Ulvar W. Klein  
Ulvar W. Klein, WSBA 24334  
2nd Street Law PLLC  
217 N. 2nd Street  
Yakima, WA. 98901  
(509) 575-0372 office  
(509) 452-6771 fax  
Attorney for Karla L. Padilla-Reyna  
ulvar@secondstreetlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: SAUSA Frieda K. Zimmerman, AUSA Tyler Tornabene, and AUSA Dan Fruchter.

    s/ Robin Emmans
Robin Emmans, WSBA 37085
2nd Street Law PLLC
217 N. 2nd Street
Yakima, WA 98901
(509) 575-0372
(509) 452-6771 (fax)
Robin.emmans@secondstreetlaw.com



217 N. 2nd Street
Yakima, WA 98901
(509) 575-0372
fax (509) 452-6771