**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br>-vs-<br>KARLA LETICIA PADILLA-REYNA,<br>                                   Defendant. | Case No.       1:22-CR-02059-MKD<br>**CRIMINAL MINUTES**<br>DATE:       MAY 16, 2023<br>LOCATION:  YAKIMA<br><br>**SENTENCING HEARING** |

| | | |
|---|---|---|
| | **Honorable Mary K. Dimke** | |
| Cora Vargas | 03 | Kimberly Allen |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Frieda Zimmerman | | Robin Emmans |
| **Government Counsel** | | **Defense Counsel** |
| **United States Probation Officer:** | Carrie Valencia (for Sean Carter) | |

[ X ]  Open Court            [  ]  Chambers            [  ]  Video Conference

Defendant present, not in custody of the US Marshal.

The Court confirmed the parties are ready to proceed to sentencing.

Counsel requested the Court accept the Plea Agreement Addendum re: Forfeiture submitted to the Court. Ms. Zimmerman advised the United States is not seeking a forfeiture order in this matter. Instead, the United States will seek forfeiture of the property or proceeds from the sale of such property in a separate forfeiture action based on the agreed addendum. Ms. Emmans confirmed the agreement of the parties.

Oath administered to defendant for review/colloquy regarding the Plea Agreement Addendum re: Forfeiture.

The defendant confirmed she had an opportunity to review the addendum with her attorney prior to signing it and agrees to the terms set forth in the addendum.

Ms. Emmans confirmed she has reviewed and discussed the Presentence Investigation Report with the defendant and they don't have any objections.

The Court informed the parties of the documents the Court has reviewed in preparation for sentencing.

The Court provided findings on the sentencing guideline calculations in the Presentence Investigation Report; no objection by counsel; Presentence Investigation Report accepted by the Court.

The Plea Agreement Addendum re: Forfeiture was accepted by the Court and filed.

The Court informed the parties of the following recommendation by Sean Carter, US Probation Officer, regarding payment of restitution and forfeiture: The Court orders restitution in the amount of $302,145.40, with

**[ X ]   ORDER FORTHCOMING**

| CONVENED: 1:31 P.M. | ADJOURNED: 2:37 P.M. | TIME: 1:06 HR. | CALENDARED [  ] |
|---|---|---|---|

*USA -vs- PADILLA-REYNA*  May 16, 2023
1:22-CR-02059-MKD  Page 2
Sentencing Hearing

$150,000 due immediately.  Collection of the remaining amount is stayed, with the exception of any Bureau of Prisons Inmate Financial Responsibility Payments, until a final restoration decision is made by the Attorney General or three months after supervision commences, whichever occurs first.  Once the stay of collection is lifted, the Court will set a payment schedule upon investigation by U.S. Probation, with the parties having an opportunity to be heard if an agreed amount is not reached.
- Ms. Zimmerman agreed with the recommendation.
- Ms. Emmans agreed with the recommendation after discussing it with the Defendant.

Ms. Zimmerman provided sentencing recommendations on behalf of the government.

Ms. Emmans provided sentencing recommendations on behalf of the defendant.

The defendant addressed the Court on her own behalf.

The Court addressed the defendant and imposed sentence:

- **Imprisonment: 15 months**.

- **Supervised Release:  3 years** on mandatory, standard and special conditions listed in the Presentence Investigation Report and the special condition agreed upon in the Plea Agreement regarding participation in complete financial counseling. Ms. Emmans confirmed she has reviewed all the conditions with the defendant and they do not have any objections.

- **Fine**:  $25,000.00

- **Special Penalty Assessment**:  $100.00

- **Restitution**: $302,145.40

Ms. Zimmerman moved to dismiss all remaining counts
**Court**: granted

Appeal rights given to the extent any exist.

Defendant to remain released on conditions previously imposed pending self-reporting instructions.  The defendant shall self-report as directed.