Robin C. Emmans
2nd Street Law PLLC
217 N. 2nd Street
Yakima, WA 98901
(509) 575-0372 office
(509) 452-6771 fax
Of Attorneys for Defendant
Karla Padilla-Reyna

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) Case No. 22-cr-2059-MKD-1 |
| | ) |
| vs. | ) MOTION TO FOR WITHDRAWAL OF |
| | ) COUNSEL AND FOR APPOINTMENT |
| | ) OF NEW COUNSEL |
| KARLA L. PADILLA-REYNA, | ) |
| | ) |
| Defendant. | ) |

MOTION

COMES NOW the defendant, Karla L. Padilla-Reyna, through her attorney, Robin C. Emmans, and moves this court for an order allowing the withdrawal of current counsel and for the appointment of counsel.

2nd Street
LAW
PLLC

217 N. 2nd Street
Yakima, WA 98901
(509) 575-0372
fax (509) 452-6771

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## MEMORANDUM

After her sentencing on May 16, 2023, Ms. Padilla had questions and concerns for counsel about the sentencing hearing itself and the court's judgment. She immediately began to seek the assistance of other counsel for advice. Current counsel assisted in making two specific recommendations, both of which were unavailable to Ms. Padilla. Her other calls similarly have been fruitless. At the time of filing this motion, Ms. Padilla has been unable to locate replacement counsel. Her deadlines for filing for relief are fast approaching. One of the issues on which she will need advice is that of effective assistance of counsel, and this is why current counsel seeks withdrawal and the appointment of either the Federal Defenders' Office or CJA panel representation. There should be no issue of conflicts of interest with the Federal Defenders' Office, as current counsel was retained rather than appointed. The urgency of the matter, the nature of the analysis which needs to be done, and the unavailability of other counsel makes withdrawal and appointment of other counsel the most effective and most practical means by which Ms. Padilla might obtain sound advice on her options and then make a timely decision on any course of action.

## CONCLUSION

For the foregoing reasons, defense counsel requests permission to withdraw and requests that appointment of new counsel be made as soon as possible for the

2nd Street LAW PLLC

217 N. 2nd Street
Yakima, WA 98901
(509) 575-0372
fax (509) 452-6771

purpose of advising Ms. Padilla on whether or not to pursue any avenue of relief from judgment.

DATED: May 24, 2023

_/Robin C. Emmans_____
Robin C. Emmans, WSBA 37085
2nd Street Law PLLC
217 N. 2nd Street
Yakima, WA. 98901
 (509) 575-0372 office
(509) 452-6771 fax
Attorney for Karla L. Padilla-Reyna
robin.emmans@secondstreetlaw.com


## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: SAUSA Frieda K. Zimmerman, AUSA Tyler Tornabene, and AUSA Dan Fruchter.

 s/ Robin Emmans_____
Robin Emmans, WSBA 37085
2nd Street Law PLLC
217 N. 2nd Street
Yakima, WA 98901
(509) 575-0372
(509) 452-6771 (fax)
Robin.emmans@secondstreetlaw.com

2nd Street
LAW
PLLC

217 N. 2nd Street
Yakima, WA 98901
(509) 575-0372
fax (509) 452-6771