AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 11, 2023**

SEAN F. McAVOY, CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| KARLA LETICIA PADILLA-REYNA | ) | Case No. 1:22-cr-02059-MKD-1 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* KARLA LETICIA PADILLA-REYNA,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
See Petition dated July 6, 2023.

Date: Jul 06, 2023, 3:18 pm

*Issuing officer's signature*

City and state: Spokane, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

### Return

This warrant was received on *(date)* 7/6/23 , and the person was arrested on *(date)* 7/10/23
at *(city and state)* Seattle, WA .
Arrested within the W/WA
By: USMS
Date: 7/10/23

*(Agency)*
*Arresting officer's signature*
Executed On: 7/10/23
Sign: Clayton Schraner, USMS

*Printed name and title*