PROB 12C
(6/16)

Report Date: May 19, 2025

# United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 20, 2025

SEAN F. McAVOY, CLERK

### Petition for Incorporation for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Karla Leticia Padilla-Reyna | Case Number: 0980 1:22CR02059-MKD-1 |
| Address of Offender: ▮▮▮▮▮▮ Yakima, Washington 98901 | |
| Name of Sentencing Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge | |
| Date of Original Sentence: May 16, 2023 | |
| Original Offense: Wire Fraud, 18 U.S.C. § 1343 | |
| Original Sentence: Prison - 15 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Frieda Zimmerman<br>Tyler Tornabene | Date Supervision Commenced: April 16, 2024 |
| Defense Attorney: Robin Emmans | Date Supervision Expires: April 15, 2027 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceeding with the violations previously reported to the Court on 04/04/2025.

On April 19, 2024, supervised release conditions were reviewed and signed by Ms. Padilla-Reyna acknowledging an understanding of her conditions.

On April 4, 2025, a summons was issued relating to two violations as noted in ECF No. 74. On April 23, 2025, Ms. Padilla-Reyna's initial appearance on supervised release petition was held. A supervised release revocation hearing is scheduled for June 16, 2025.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #1**: You must provide the supervising officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office. You must disclose all assets and liabilities to the supervising officer. You must not transfer, sell, give away, or otherwise convey any asset, without the advance approval of the supervising officer. |
| | **Supporting Evidence**: Ms. Padilla-Reyna is alleged to be in violation of her conditions of supervised release by failing to disclose an open/active Bank of America Alaska Airlines Visa credit card to the probation officer since April 2, 2025. |

Prob12C
**Re: Padilla-Reyna, Karla Leticia**
**May 19, 2025**
**Page 2**

On April 2, 2025, this officer emailed Ms. Padilla-Reyna the following: "Can you please send me all of your bank statements from every account you have, i.e. checking and savings with just your name or your name and Sergio's name from January 1- through April 1, 2025. His accounts are your accounts, so I need copies of statements from every account." The requested documents were received April 4, 2025.

On May 15, 2025, this officer received a copy of a digital forensic examination report and two attachments labeled signal communications and exported results conducted in the Central District of California, on May 5, 2025, regarding active offender, Marilu Nava. Per the Central District of California, their court granted permission for the documents to be shared with our district. The report contained information relating to Ms. Padilla-Reyna.

In the digital forensic examination report under **other artifacts of interest**, it notes, " The exam yielded Apple Mail artifacts showing Apple receipts paid by Karla Padill [sic]. The artifact also shows that Karla Padilla Nava is the account holder for a membership at EoS Fitness. The member name is Marilu Nava." Per the examination report, on April 5, 2025, a new agreement was entered into with EoS Fitness and Marilu Nava as paid by account holder Karla Padilla-Nava. The credit card used was a Bank of America Alaska Airlines Visa credit card ending in 4004. It notes the card holder name as Karla Padilla Nava.

On May 16, 2025, this officer emailed Ms. Padilla-Reyna and her attorney the following, "Good morning. I have reviewed, again, all the documents you sent me when I asked for all of your financial accounts. What you sent includes the below. Can you confirm the below are all the accounts you currently have. One of the statements you have sent doesn't have the bank name, please answer my questions in red:
- HAPO 3923010, says auto loan
- HELOC Premier, who is this through?
- Primary Savings ending in 8867, who is this through, is this HAPO as well?
- Solarity line of credit acct number 168667"

On May 19, 2025, Ms. Padilla-Reyna responded and answered the questions via email regarding the above-noted request. She stated the following: "I thought I responded Friday but I sent it to Robin only. I had 4 vaccinations on Thursday (flu, pneumonia, Covid and shingles) and had a very bad reaction. I didn't want to respond because I was very foggy and had an immense headache. Those listed below are all the accounts."

Ms. Padilla-Reyna did not disclosed the Bank of America Alaska Airlines Visa credit card ending in 4004.

The U.S. Probation Office respectfully recommends the Court incorporate the above-noted allegation with the pending petition before the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/19/2025

s/Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

Prob12C
Re: Padilla-Reyna, Karla Leticia
May 19, 2025
Page 3

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*M. K. Dimke*

Signature of Judicial Officer

May 20, 2025

Date